NOT FOR PUBLICATION

FILED

UNITED STATES COURT OF APPEALS

MAR 15 2022

FOR THE NINTH CIRCUIT

MOLLY C. DWYER, CLERK
U.S. COURT OF APPEALS

| | |
|---|---|
| JORGE ADRIAN PORTUGAL RUEDAS, AKA Jorge Portugal, AKA Jorge Adrian Portugal, | No. 15-73474 |
| Petitioner, | Agency No. A095-659-944 |
| v. | MEMORANDUM* |
| MERRICK B. GARLAND, Attorney General, | |
| Respondent. | |

On Petition for Review of an Order of the
Board of Immigration Appeals

Submitted March 11, 2022**
Pasadena, California

Before: BERZON, TALLMAN, and FRIEDLAND, Circuit Judges.

Jorge Adrian Portugal Ruedas ("Portugal Ruedas"), a native and citizen of

Mexico, petitions for review of a decision of the Board of Immigration Appeals

("BIA") affirming the denial by the immigration judge ("IJ") of Portugal Ruedas's

---

\* This disposition is not appropriate for publication and is not precedent except as provided by Ninth Circuit Rule 36-3.

** The panel unanimously concludes this case is suitable for decision without oral argument. See Fed. R. App. P. 34(a)(2).

applications for cancellation of removal and for asylum, withholding of removal, and protection under the Convention Against Torture.  We dismiss the petition for lack of jurisdiction.

Portugal Ruedas argues that the IJ's analysis of his eligibility for relief was inadequate and deprived him of due process, and that the BIA erred in summarily affirming the IJ's decision.  But Portugal Ruedas did not raise any specific challenges to the IJ's decision before the BIA.  He filed a notice of appeal that contained no argument or even any list of issues, and he filed no subsequent brief. He has therefore failed to exhaust his administrative remedies, and we lack jurisdiction to review his final order of removal.  *See* 8 U.S.C. § 1252(d)(1); *Barron v. Ashcroft*, 358 F.3d 674, 678 (9th Cir. 2004) (holding that § 1252(d)(1) bars us from reaching the merits of an unexhausted procedural due process claim).

**PETITION DISMISSED.**